

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00647-CR

Reynaldo **POLENDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-9032
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 28, 2021.

_____
Beth Watkins, Justice